

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ROBERT CROYSDILL, | | No. 08-15-00179-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 34th District Court |
| | § | |
| OLD REPUBLIC INSURANCE | | of El Paso County, Texas |
| COMPANY, | § | |
| | | (TC# 2013-DCV1136) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order granting summary judgment (i) in favor of Appellee on the judicial review claim to the extent it grants summary judgment on whether the compensable injury extended to and included chronic lumbar radiculitis, and (ii) in favor of Appellee on the breach of the Release claim. We therefore reverse those portions of the trial court's order granting summary judgment (i) in favor of Appellee on the judicial review claim to the extent it grants summary judgment on whether the compensable injury extended to and included chronic lumbar radiculitis, and (ii) in favor of Appellee on the breach of the Release claim, and we remand these claims to the trial court for further proceedings consistent with the opinion. The trial court's order granting summary judgment in favor of Appellee is affirmed in all other respects.

We further order that Appellee pay one-half (1/2) of the costs of this appeal. It appearing

to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.